An official website of the United States government
Here's how you know

# EOIR | Automated Case Information

**Court Closures Today** September 28, 2022

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **RATUISTE, NICOLAS RHODERICK CABUYAO**

# Automated Case Information

**Name: RATUISTE, NICOLAS RHODERICK CABUYAO | A-Number:** ▮▮▮▮▮ **| Docket Date: 9/6/2022**

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is on **November 3, 2022** at **1:00 PM**.

### JUDGE
Huang, Jonathan

### COURT ADDRESS
1241 E. DYER ROAD, SUITE 200

SANTA ANA, CA 92705

11

EXHIBIT 3