

An official website of the United States government
Here's how you know

**EOIR** | Automated Case Information

**Court Closures Today** September 28, 2022

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **RATUISTE, JOCELYN ADVINCULA**



# Automated Case Information

Name: **RATUISTE, JOCELYN ADVINCULA** | A-Number:  | Docket Date: **9/6/2022**

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is on **November 3, 2022** at **1:00 PM**.

### JUDGE
Huang, Jonathan

### COURT ADDRESS
1241 E. DYER ROAD, SUITE 200

SANTA ANA, CA 92705